# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HALL, LEONARD R | § | Case No. 12-82859 |
| HALL, CHRISTINE M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DANIEL M. DONAHUE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**     Page: 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**     Exhibit A
**ASSET CASES**

Case No: 12-82859 TML Judge: THOMAS M. LYNCH     Trustee Name: DANIEL M. DONAHUE
Case Name: HALL, LEONARD R     Date Filed (f) or Converted (c): 07/27/12 (f)
             HALL, CHRISTINE M     341(a) Meeting Date: 08/30/12
For Period Ending: 05/14/15     Claims Bar Date: 02/26/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 571 Miller St., Hinckley IL 60520 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. 311-321 Rickart, Hinckley, IL | 210,000.00 | 0.00 | | 0.00 | FA |
| 3. Vacant land, Big Rock | 55,000.00 | 0.00 | | 0.00 | FA |
| 4. N18876 Deerlake Rd., Tomahawk, WI | 110,000.00 | 0.00 | | 0.00 | FA |
| 5. Timeshare, Mexico | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Checking account Resource Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7. Savings account Resource Bank | 40.00 | 0.00 | | 0.00 | FA |
| 8. Savings account Castle Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9. 1st State Bank of Mendota | 100.00 | 0.00 | | 0.00 | FA |
| 10. Discover | 50.00 | 0.00 | | 0.00 | FA |
| 11. Discover | 20.00 | 0.00 | | 0.00 | FA |
| 12. Used | 500.00 | 0.00 | | 0.00 | FA |
| 13. Used | 500.00 | 0.00 | | 0.00 | FA |
| 14. L & C Hall Enterprises, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Infiniti QX 110,000 miles | 10,000.00 | 0.00 | | 0.00 | FA |
| 16. 2003 Jeep Liberty 20,000 miles | 9,799.00 | 0.00 | | 0.00 | FA |
| 17. Yamah Zuma motorcycle | 900.00 | 0.00 | | 0.00 | FA |
| 18. Lawsuit (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |

                                                                                                 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)     $542,209.00     $50,000.00           $50,000.00     $0.00

                                                                                                  (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 12-82859 TML Judge: THOMAS M. LYNCH | Trustee Name: DANIEL M. DONAHUE |
| Case Name: HALL, LEONARD R | Date Filed (f) or Converted (c): 07/27/12 (f) |
| HALL, CHRISTINE M | 341(a) Meeting Date: 08/30/12 |
| | Claims Bar Date: 02/26/15 |

Trustee has submitted the final report for review.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 04/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-82859 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | HALL, LEONARD R | | Bank Name: | BANK OF KANSAS CITY |
| | HALL, CHRISTINE M | | Account Number / CD #: | *******0233 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8169 | | | |
| For Period Ending: | 05/14/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/14 | 18 | WENDT GOSS, PC. TRUST ACCOUNT | SETTLEMENT PROCEEDS: PI CLAIM | | 47,000.00 | | 47,000.00 |
| | | | Memo Amount: 50,000.00 | 1242-000 | | | |
| | | | SETTLEMENT PROCEEDS: PI CLAIM | | | | |
| | | | Memo Amount: ( 1,000.00 ) | 2990-000 | | | |
| | | | 2% MULTI-DISTRICT LITIGATION (MDL) | | | | |
| | | | Memo Amount: ( 2,000.00 ) | 2990-000 | | | |
| | | | 4% MDL ATTORNEY'S FEES | | | | |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 46,990.00 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 69.50 | 46,920.50 |
| 02/04/15 | 002001 | Wendt Goss, P.C. | Special Counsel Fees | 3210-600 | | 20,500.00 | 26,420.50 |
| | | City Cener Square, 26th Floor | | | | | |
| | | 1100 Main St.,Ste. 2610 | | | | | |
| | | Kansas City, MO 64105 | | | | | |
| 02/04/15 | 002002 | Wendt Goss, P.C. | SPECIAL COUNSEL EXPENSES | 3220-610 | | 776.90 | 25,643.60 |
| | | City Center Square, 26th Floor | | | | | |
| | | 1100 Main St., Ste. 2610 | | | | | |
| | | Kansas City, MO 64105 | | | | | |
| 02/04/15 | 002003 | Pipe Fitters' Welfare Fund, Local 597 | Payment of health insurance lien | 2990-000 | | 2,602.76 | 23,040.84 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 57.88 | 22,982.96 |

Page Subtotals 47,000.00 24,017.04

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-82859 -TML |
| Case Name: | HALL, LEONARD R |
| | HALL, CHRISTINE M |
| Taxpayer ID No: | *******8169 |
| For Period Ending: | 05/14/15 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0233 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 50,000.00 | COLUMN TOTALS | | 47,000.00 | 24,017.04 | 22,982.96 |
| | Memo Allocation Disbursements: | 3,000.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 47,000.00 | 24,017.04 | |
| | Memo Allocation Net: | 47,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 47,000.00 | 24,017.04 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 50,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 3,000.00 | Checking Account (Non-Interest Earn - *******0233) | | 47,000.00 | 24,017.04 | 22,982.96 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 47,000.00 | | | 47,000.00 | 24,017.04 | 22,982.96 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 14, 2015 |
|---|---|---|---|---|---|---|---|

Case Number:   12-82859  
Debtor Name:   HALL, LEONARD R  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | | $0.00 | $5,750.00 | $5,750.00 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | | $0.00 | $6,597.00 | $6,597.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | | $0.00 | $997.19 | $997.19 |
| 001<br>3210-00 | Wendt Goss, P.C.<br>City Center Square, 26th Floor<br>1100 Main St.,Ste. 2610<br>Kansas City, MO  64105 | Administrative | 1159400233 | 02/04/15    2001 | $0.00<br><br>20,500.00 | $20,500.00 | $20,500.00 |
| 001<br>3220-00 | Wendt Goss, P.C.<br>City Center Square, 26th Floor<br>1100 Main St., Ste. 2610<br>Kansas City, MO  64105 | Administrative | 1159400233 | 02/04/15    2002 | $0.00<br><br>776.90 | $776.90 | $776.90 |
| 000006A<br>058<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Priority | Filed 12/05/14 | | $0.00 | $11,776.74 | $11,776.74 |
| 000001<br>070<br>7100-00 | Aqua Pure Enterprises, Inc.<br>1404 Joliet Road, Suite A<br>Romeoville, IL 60446 | Unsecured | Filed 04/01/13 | | $0.00 | $8,833.74 | $8,833.74 |
| 000002<br>070<br>7100-00 | Security Builders Supply Co.<br>c/o Joseph R. Voiland<br>1625 Wing Road<br>Yorkville, IL 60560 | Unsecured | Filed 04/07/13 | | $0.00 | $33,800.00 | $33,800.00 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Filed 11/28/14 | | $0.00 | $8,141.58 | $8,141.58 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 12/01/14 | | $0.00 | $12,425.38 | $12,425.38 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 14, 2015 |
|---|---|---|---|---|---|---|

Case Number:  12-82859  
Debtor Name:  HALL, LEONARD R

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 12/01/14 | $0.00 | $5,127.71 | $5,127.71 |
| 000006B<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101 | Unsecured | | $0.00 | $628.66 | $628.66 |
| 000007<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/10/14<br>(7-1) Unsecured Debt | $0.00 | $370.21 | $370.21 |
| 000008<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/10/14<br>(8-1) Unsecured Debt | $0.00 | $1,210.45 | $1,210.45 |
| 000009<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/10/14<br>(9-1) Unsecured Debt | $0.00 | $2,629.53 | $2,629.53 |
| 000010<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/10/14<br>(10-1) Unsecured Debt | $0.00 | $1,111.24 | $1,111.24 |
| 000011<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/10/14<br>(11-1) Unsecured Debt | $0.00 | $2,340.87 | $2,340.87 |
| 000012<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/10/14<br>(12-1) Unsecured Debt | $0.00 | $900.57 | $900.57 |
| 000013<br>070<br>7100-00 | Sterling Jewelers Inc d/b/a Jared Jewelers<br>PO Box 1799<br>Akron, OH 44309 | Unsecured | Filed 12/12/14 | $0.00 | $431.45 | $431.45 |
| 000014<br>070<br>7100-00 | IWS, Inc.<br>232 S. River St.<br>Aurora, IL 60506 | Unsecured | Filed 12/15/14 | $0.00 | $10,000.00 | $10,000.00 |
| 000015<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 12/22/14 | $0.00 | $745.66 | $745.66 |
| 000016<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 12/22/14 | $0.00 | $1,428.15 | $1,428.15 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 14, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 12-82859 | Claim Type Sequence | | | | |
| Debtor Name: | HALL, LEONARD R | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000017<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 12/22/14 | $0.00 | $6,990.32 | $6,990.32 |
| 000018<br>070<br>7100-00 | VON MAUR<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE IL 61265 | Unsecured | Filed 01/16/15 | $0.00 | $216.68 | $216.68 |
| 000019<br>070<br>7100-00 | Auto-Owners Insurance Co.<br>Wendell L. Jones<br>Alber Crafton, PSC<br>9418 Norton Commons Blvd., Suite 200<br>Prospect, KY 40059 | Unsecured | Filed 01/15/15 | $0.00 | $128,994.72 | $128,994.72 |
| 000020<br>070<br>7100-00 | Wisconsin Public Service Corp.<br>P.O. Box 19001<br>Green Bay, WI 54307-9001 | Unsecured | Filed 01/20/15 | $0.00 | $204.58 | $204.58 |
| 000021<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 01/21/15<br>(21-1) CREDIT CARD DEBT | $0.00 | $40,738.05 | $40,738.05 |
| 000022<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 01/21/15<br>(22-1) CREDIT CARD DEBT | $0.00 | $682.47 | $682.47 |
| 000023<br>070<br>7100-00 | Dry Goods<br>6565 Brady St.<br>Davenport, IA 52806-2054 | Unsecured | Filed 01/22/15 | $0.00 | $282.13 | $282.13 |
| 000024<br>070<br>7100-00 | Nicor Gas<br>P.O. Box 549<br>Aurora, IL 60507 | Unsecured | Filed 02/03/15 | $0.00 | $251.61 | $251.61 |
| 000025<br>070<br>7100-00 | Auto-Owners Insurance Co.<br>Wendell L. Jones<br>Alber Crafton, PSC<br>9418 Norton Commons Blvd., Suite 200<br>Prospect, KY 40059 | Unsecured | Filed 02/03/15 | $0.00 | $128,994.72 | $128,994.72 |
| 000026<br>070<br>7100-00 | Old Second National Bank<br>37 S. River Street<br>Aurora, IL 60506 | Unsecured | Filed 02/04/15 | $0.00 | $118,819.91 | $118,819.91 |
| 000027<br>070<br>7100-00 | Old Second National Bank<br>37 S. River Street<br>Aurora, IL 60506 | Unsecured | Filed 02/04/15 | $0.00 | $11,374.50 | $11,374.50 |
| 000028<br>070<br>7100-00 | Old Second National Bank<br>37 S. River Street<br>Aurora, IL 60506 | Unsecured | Filed 02/04/15 | $0.00 | $20,902.76 | $20,902.76 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 14, 2015 |
|---|---|---|---|---|---|---|

Case Number:   12-82859
Debtor Name:   HALL, LEONARD R

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000029<br>070<br>7100-00 | Mid America Water<br>1500 E. Mountain<br>Aurora, IL 60505 | Unsecured | Filed 02/09/15 | $0.00 | $3,437.91 | $3,437.91 |
| 000030<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/16/15<br>(30-1) eBay MasterCard or GEMB or GECRB | $0.00 | $2,397.90 | $2,397.90 |
| 000031<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/16/15<br>(31-1) Old Navy Visa Card or GEMB or GECRB | $0.00 | $2,047.82 | $2,047.82 |
| 000032<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/16/15<br>(32-1) Lowes ConsumerCreditCard or GEMB or GECRB | $0.00 | $1,990.76 | $1,990.76 |
| 000033<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/16/15<br>(33-1) Dillard'sAmericanExpress or GEMB or GECRB | $0.00 | $665.95 | $665.95 |
| 000034<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 02/18/15<br>(34-1) CREDIT CARD DEBT | $0.00 | $3,243.04 | $3,243.04 |
| 000035<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/22/15<br>(35-1) AMAZON.COM CONSUMER | $0.00 | $827.02 | $827.02 |
| 000036<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/22/15<br>(36-1) TJX CREDIT CARD | $0.00 | $2,855.94 | $2,855.94 |
| 000037<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to<br>CAPITAL ONE, NATIONAL ASSOCIATION<br>(HSBC BANK NEVADA, N.A)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | Filed 02/25/15 | $0.00 | $606.97 | $606.97 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 14, 2015 |

Case Number: 12-82859　　　　　　　　　　　Claim Type Sequence
Debtor Name: HALL, LEONARD R

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000038 080 7200-00 | DeKalb County Collector 110 E. Sycamore Street Sycamore, IL 60178 | Unsecured | Filed 03/02/15 | $0.00 | $5,000.00 | $5,000.00 |
| | Case Totals: | | | $0.00 | $618,048.79 | $618,048.79 |

Code #:　Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-82859
Case Name: HALL, LEONARD R
          HALL, CHRISTINE M
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: Wendt Goss, P.C. | $ | $ | $ |
| Other: Wendt Goss, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $             must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                              $_____

Remaining Balance                                                  $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Aqua Pure Enterprises, Inc. | $ | $ | $ |
| 000002 | Security Builders Supply Co. | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | Discover Bank | $ | $ | $ |
| 000007 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000008 | Quantum3 Group LLC as agent for | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000010 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000011 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000012 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000013 | Sterling Jewelers Inc d/b/a Jared | $ | $ | $ |
| 000014 | IWS, Inc. | $ | $ | $ |
| 000015 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000016 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000017 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000018 | VON MAUR | $ | $ | $ |
| 000019 | Auto-Owners Insurance Co. | $ | $ | $ |
| 000020 | Wisconsin Public Service Corp. | $ | $ | $ |
| 000021 | American Express Bank, FSB | $ | $ | $ |
| 000022 | American Express Centurion Bank | $ | $ | $ |
| 000023 | Dry Goods | $ | $ | $ |
| 000024 | Nicor Gas | $ | $ | $ |
| 000025 | Auto-Owners Insurance Co. | $ | $ | $ |
| 000026 | Old Second National Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Old Second National Bank | $ | $ | $ |
| 000028 | Old Second National Bank | $ | $ | $ |
| 000029 | Mid America Water | $ | $ | $ |
| 000030 | Synchrony Bank | $ | $ | $ |
| 000031 | Synchrony Bank | $ | $ | $ |
| 000032 | Synchrony Bank | $ | $ | $ |
| 000033 | Synchrony Bank | $ | $ | $ |
| 000034 | Capital One, N.A. | $ | $ | $ |
| 000035 | Capital Recovery V, LLC | $ | $ | $ |
| 000036 | Capital Recovery V, LLC | $ | $ | $ |
| 000037 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000006B | Internal Revenue Service | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | DeKalb County Collector | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance                                              $_____

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE