UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HALL, LEONARD R § Case No. 12-82859
HALL, CHRISTINE M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Bankruptcy Clerk's Office
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/17/2015 in Courtroom 3100,
   U.S. Courthouse
   327 South Church Street
   Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ Daniel M. Donahue_____
                                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HALL, LEONARD R § Case No. 12-82859
HALL, CHRISTINE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 27,017.04 |
| leaving a balance on hand of[1] | $ | 22,982.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 6,597.00 | $ 0.00 | $ 6,597.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 997.19 | $ 0.00 | $ 997.19 |
| Other: Wendt Goss, P.C. | $ 20,500.00 | $ 20,500.00 | $ 0.00 |
| Other: Wendt Goss, P.C. | $ 776.90 | $ 776.90 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 13,344.19 |
| Remaining Balance | $ 9,638.77 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,776.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000006A | Internal Revenue Service | $ 11,776.74 | $ 0.00 | $ 9,638.77 |
| | Total to be paid to priority creditors | | $ | 9,638.77 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 566,650.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Aqua Pure Enterprises, Inc. | $ 8,833.74 | $ 0.00 | $ 0.00 |
| 000002 | Security Builders Supply Co. | $ 33,800.00 | $ 0.00 | $ 0.00 |
| 000003 | American InfoSource LP as agent for | $ 8,141.58 | $ 0.00 | $ 0.00 |
| 000004 | Discover Bank | $ 12,425.38 | $ 0.00 | $ 0.00 |
| 000005 | Discover Bank | $ 5,127.71 | $ 0.00 | $ 0.00 |
| 000007 | Quantum3 Group LLC as agent for | $ 370.21 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Quantum3 Group LLC as agent for | $ 1,210.45 | $ 0.00 | $ 0.00 |
| 000009 | Quantum3 Group LLC as agent for | $ 2,629.53 | $ 0.00 | $ 0.00 |
| 000010 | Quantum3 Group LLC as agent for | $ 1,111.24 | $ 0.00 | $ 0.00 |
| 000011 | Quantum3 Group LLC as agent for | $ 2,340.87 | $ 0.00 | $ 0.00 |
| 000012 | Quantum3 Group LLC as agent for | $ 900.57 | $ 0.00 | $ 0.00 |
| 000013 | Sterling Jewelers Inc d/b/a Jared | $ 431.45 | $ 0.00 | $ 0.00 |
| 000014 | IWS, Inc. | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000015 | Capital One Bank (USA), N.A. | $ 745.66 | $ 0.00 | $ 0.00 |
| 000016 | Capital One Bank (USA), N.A. | $ 1,428.15 | $ 0.00 | $ 0.00 |
| 000017 | Capital One Bank (USA), N.A. | $ 6,990.32 | $ 0.00 | $ 0.00 |
| 000018 | VON MAUR | $ 216.68 | $ 0.00 | $ 0.00 |
| 000019 | Auto-Owners Insurance Co. | $ 128,994.72 | $ 0.00 | $ 0.00 |
| 000020 | Wisconsin Public Service Corp. | $ 204.58 | $ 0.00 | $ 0.00 |
| 000021 | American Express Bank, FSB | $ 40,738.05 | $ 0.00 | $ 0.00 |
| 000022 | American Express Centurion Bank | $ 682.47 | $ 0.00 | $ 0.00 |
| 000023 | Dry Goods | $ 282.13 | $ 0.00 | $ 0.00 |
| 000024 | Nicor Gas | $ 251.61 | $ 0.00 | $ 0.00 |
| 000025 | Auto-Owners Insurance Co. | $ 128,994.72 | $ 0.00 | $ 0.00 |
| 000026 | Old Second National Bank | $ 118,819.91 | $ 0.00 | $ 0.00 |
| 000027 | Old Second National Bank | $ 11,374.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Old Second National Bank | $ 20,902.76 | $ 0.00 | $ 0.00 |
| 000029 | Mid America Water | $ 3,437.91 | $ 0.00 | $ 0.00 |
| 000030 | Synchrony Bank | $ 2,397.90 | $ 0.00 | $ 0.00 |
| 000031 | Synchrony Bank | $ 2,047.82 | $ 0.00 | $ 0.00 |
| 000032 | Synchrony Bank | $ 1,990.76 | $ 0.00 | $ 0.00 |
| 000033 | Synchrony Bank | $ 665.95 | $ 0.00 | $ 0.00 |
| 000034 | Capital One, N.A. | $ 3,243.04 | $ 0.00 | $ 0.00 |
| 000035 | Capital Recovery V, LLC | $ 827.02 | $ 0.00 | $ 0.00 |
| 000036 | Capital Recovery V, LLC | $ 2,855.94 | $ 0.00 | $ 0.00 |
| 000037 | Portfolio Recovery Associates, LLC | $ 606.97 | $ 0.00 | $ 0.00 |
| 000006B | Internal Revenue Service | $ 628.66 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | DeKalb County Collector | $ 5,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 12-82859-TML
Leonard R Hall                                                Chapter 7
Christine M Hall
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett             Page 1 of 4          Date Rcvd: May 27, 2015
                              Form ID: pdf006            Total Noticed: 122

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2015.
db/jdb         +Leonard R Hall,    Christine M Hall,    571 Miller St.,    Hinckley, IL 60520-9100
19239508        All American Flag Company,    98 Highgate Course,    Saint Charles, IL 60174-1426
19239509       +Allied Interstate,    3000 Corporate Exchange Drive,     Columbus, OH 43231-7684
19239511        American Express,    Box 0001,   Los Angeles, CA 90096-0001
22838695        American Express Bank, FSB,    c o Becket and Lee LLP,     POB 3001,   Malvern, PA 19355-0701
22838696        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19239512       +Aqua Pure Enterprises, Inc.,    1404 Joliet Road, Suite A,    Romeoville, IL 60446-4410
22826677       +Auto-Owners Insurance Co.,    Wendell L. Jones,    Alber Crafton, PSC,
                 9418 Norton Commons Blvd., Suite 200,    Prospect, KY 40059-7654
19239513       +Auto-Owners Insurance Company,    c/o Alber Crafton,    9300 Shelbyville Rd., Ste 1300,
                 Louisville, KY 40222-5170
19239514       +Bergners,   140 W. Industrial Dr.,    Elmhurst, IL 60126-1602
19239515        Bill Me Later,    PO Box 105658,   Atlanta, GA 30348-5658
19239517       +Bloomingdale’s,   9111 Duke Blvd.,    Mason, OH 45040-8999
19239518       +Bornquist, Inc.,    7050 N. Lehigh Ave.,    Chicago, IL 60646-1298
19239519       +Buttrey Wulff & Mamminga,    PO Box 580,    Batavia, IL 60510-0580
19239520       +C & H Excavating, Inc.,    1239 N. 42nd Rd.,    Earlville, IL 60518-6295
19239521       +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
22757476        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
22941789        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19239522       +Carls Oil Company,    PO Box 1227,   Hinckley, IL 60520-1227
19239523       +Castle Bank NA,    141 W. Lincoln Highway,    DeKalb, IL 60115-3699
19239524        Casual Male,   HSBC Retail Services,     PO Box 17298,    Baltimore, MD 21297-1298
19239525       +Central Machinery Movers, Inc.,    PO Box 262,    Big Rock, IL 60511-0262
19239526        Charter Communications,    PO Box 2981,    Milwaukee, WI 53201-2981
19239527        Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
19239528       +Chem-Wise,   2600 Beverly Dr. #106,     Aurora, IL 60502-8003
19239529       +Citibank Visa,    PO Box 6241,   Sioux Falls, SD 57117-6241
19239530       +Columbia Pipe & Supply Co.,    1120 W. Pershing Road,     Chicago, IL 60609-1428
19239532       +Complete Sanitation,    710 E. South St.,    Plano, IL 60545-1607
19239533       +County Line Hauling, Inc.,    PO Box 225,    Newark, IL 60541-0225
19239534        Credit Management,    PO Box 118288,    Carrollton, TX 75011-8288
19239537       +Diamond Cut Concrete Cutters, Inc.,     327 N. Ferndale Ave.,    Elmhurst, IL 60126-2101
19239541        Doors by Russ,    11941 Aero Drive,    Chicago, IL 60620
19239542        Dry Goods,   6565 Brady St.,    Davenport, IA 52806-2054
19239543       +Environmental Management and,    Training Systems, Inc.,    919 St. Andrews Circle,
                 Geneva, IL 60134-2995
19239545        Fastenal Company,    PO Box 1286,   Hinckley, IL 60520-9708
19239546        Ford Credit,   PO Box 790093,    Saint Louis, MO 63179-0093
19239548        Ford Motor Credit Company,    PO Box 689007,    Franklin, TN 37068-9007
19239549        Ford Motor Credit Company,    PO Box 64400,    Colorado Springs, CO 80962-4400
19239551       +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
19239552       +Gold American Express,    PO Box 981537,    El Paso, TX 79998-1537
19239553       +Hinckley Concrete Products,    PO Box 1207,    Hinckley, IL 60520-1207
19239555       +Holmgren Electric Inc.,    42W619 Still Meadows Lane,     Elburn, IL 60119-9487
19239560       +IWS, Inc.,   c/o Suburban Recovery,     PO Box 1121,    Montgomery, IL 60538-7121
22731681       +IWS, Inc.,   232 S. River St.,    Aurora, IL 60506-6010
19239557       +Indiana Insurance Company,    PO Box 14576,    Cincinnati, OH 45250
19239561       +J. Crew,   PO Box 182273,    Columbus, OH 43218-2273
19239562       +James C. James, III,    1961 W. Downer Place,    Aurora, IL 60506-4384
19239563       +Jared Galleria,    PO Box 3680,   Akron, OH 44309-3680
19239564       +Joe Hatzer and Son, Inc.,    602 Lundy St.,    Streator, IL 61364-3051
19239565       +John P. Duggan,    181 S. Lincolnway,    North Aurora, IL 60542-1609
19239567        Kane County Treasurer,    PO Box 4025,    Geneva, IL 60134-4025
19239570       +Koziol Engineering,    1621 Ogden Ave.,    Lisle, IL 60532-1241
19239571       +Liberty Surety First,    9450 Seward Road,    Fairfield, OH 45014-5412
19239573        M/M Peters Construction, Inc.,    178 S. Western Ave.,    Aurora, IL 60506-4618
19239578       ++MEDIACOM COMMUNICATIONS CORPORATION,    ONE MEDIACOM WAY,    CHESTER NY 10918-4850
                (address filed with court: Mediacom LLC,     PO Box 5741,    Carol Stream, IL 60197-5741)
19239574       +Macy’s,   9111 Duke Blvd.,    Mason, OH 45040-8999
19239575        Marlin Leasing,    PO Box 13604,   Philadelphia, PA 19101-3604
19239576       +Material Handling Resources, Inc.,     PO Box 107,    Montgomery, IL 60538-0107
19239577       +Maurices,   220 W. Schrock Rd.,    Westerville, OH 43081-2873
19239579        Mercury Insurance Company of IL,    PO Box 11995,    Santa Ana, CA 92711-1995
19239580       +Metrolift, Inc.,    679 Heartland Dr.,    Sugar Grove, IL 60554-9594
19239581       +Mid America Water,    1500 E. Mountain,    Aurora, IL 60505-2441
19239582       +Modernfold Chicago, Inc.,    240 S. Westgate Dr.,    Carol Stream, IL 60188-2243
19239558       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Infiniti Financial Services,     PO Box 9001132,
                 Louisville, KY 40290-1132)
19239583        Nature Corporation,    5905 West 74th St.,    Indianapolis, IN 46278-1786
19239584       +Nickolaou, Michaels & Evans,    7503 W. 56th St.,    Summit Argo, IL 60501-1331
```

```
District/off: 0752-3          User: vgossett           Page 2 of 4            Date Rcvd: May 27, 2015
                              Form ID: pdf006          Total Noticed: 122


19239587      +Northern Illinois Benefit Funds,    c/o Arnold and Kadjan,    203 N. LaSalle St., Ste 1650,
               Chicago, IL 60601-1257
19239589      +Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
22972763     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     successor to,
               CAPITAL ONE, NATIONAL ASSOCIATION,    (HSBC BANK NEVADA, N.A),    POB 41067,   Norfolk VA 23541)
19239593      +Pay Pal Master Card,    PO Box 981400,    El Paso, TX 79998-1400
19239594      +Peoples State Bank,    1905 Stewart Ave.,    Wausau, WI 54401-5375
19239596      +Perry Mason’s Tax & Bookkeeping Svc,     9622 Avenue N,    Chicago, IL 60617-5142
19239597      +Plumbers Local Union 130,    c/o Roetzel & Andress,    20 N. Clark St, Ste 3200,
               Chicago, IL 60602-5093
19239598      +RJ Keck Pipe & Supply Co.,    2125 Aucutt Road,    Montgomery, IL 60538-1051
19239599     #+Rock-It Interiors, Inc.,    59 C Stonehill Road,    Oswego, IL 60543-9449
20297733       Security Builders Supply Co.,    PO Box 910,    Oswego, IL 60543-0910
19239601      +Sitar Construction, LLC,    PO Box 8347,    Elburn, IL 60119-7330
19239602      +Spartan Tool, LLC,    1506 W. Division,    Mendota, IL 61342-2426
19239603       Splash of Color,    1700 DeKalb Ave.,    DeKalb, IL 60115
22726902      +Sterling Jewelers Inc d/b/a Jared Jewelers,     PO Box 1799,    Akron, OH 44309-1799
19239607       Sunbelt Rentals, Inc.,    PO Box 409211,    Atlanta, GA 30384-9211
19239609       TD Auto Finance,    PO Box 90001921,    Louisville, KY 40290-1921
19239608       Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
19239616     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     PO Box 790298,    Saint Louis, MO 63179-0298)
19239611       Victoria’s Secret,    PO Box 182128,    Columbus, OH 43218-2128
19239612      +Village of Big Rock,    PO Box 128,    Big Rock, IL 60511-0128
19239613      +Village of Hinckley,    720 James St.,    Hinckley, IL 60520-9771
19239615      +Volt Electric, Inc.,    807 Ogden Ave. Unit 1,    Downers Grove, IL 60515-2937
19239617      +Weldstar,    PO Box 1150,    Aurora, IL 60507-1150
22838340      +Wendell L. Jones,    Alber Crafton, PSC,    9418 Norton Commons Blvd., Suite 200,
               Prospect, KY 40059-7654
19239618      +Wendt True Value,    217 South St.,    Plano, IL 60545-1553
19239620      +Wm F. Meyer Co.,    812 Lacas Street,    Dekalb, IL 60115-4402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20302582       E-mail/Text: cio.bncmail@irs.gov May 28 2015 00:23:26      ACS Support - Stop 813 G,
               P.O. Box 145566,    Cincinnati, OH 45250-5566
19239510       E-mail/Text: ally@ebn.phinsolutions.com May 28 2015 00:23:19     Ally,   PO Box 380902,
               Bloomington, MN 55438-0902
22681229       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 28 2015 00:21:07
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
22959314       E-mail/PDF: rmscedi@recoverycorp.com May 28 2015 00:15:40      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corp.,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19239531       E-mail/Text: legalcollections@comed.com May 28 2015 00:24:22     ComEd,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
19239535      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2015 00:15:39      Culligan of DeKalb,
               830 S. 4th St.,    DeKalb, IL 60115-4410
19239540       E-mail/PDF: mrdiscen@discover.com May 28 2015 00:21:02      Discover Card,   P.O. Box 15316,
               Wilmington, DE 19850-5316
19239536      +E-mail/Text: tmartin@dekalbcounty.org May 28 2015 00:23:53      DeKalb County Collector,
               110 E. Sycamore Street,    Sycamore, IL 60178-1448
19239538      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2015 00:15:39      Dillard’s,   PO Box 981471,
               El Paso, TX 79998-1471
19239539       E-mail/PDF: mrdiscen@discover.com May 28 2015 00:21:02      Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
22684515       E-mail/PDF: mrdiscen@discover.com May 28 2015 00:21:02      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19239544      +E-mail/Text: richard.wallace@solidcounsel.com May 28 2015 00:23:54      Equipment Depot,
               2545 Northwest Parkway,    Elgin, IL 60124-7870
19239556      +E-mail/Text: bankruptcy@hsn.net May 28 2015 00:24:15     HSN Home Shopping Network,
               PO Box 9090,    Clearwater, FL 33758-9090
19239554      +E-mail/Text: bankruptcy@water.com May 28 2015 00:23:40      Hinckley Springs,
               6750 Discovery Blvd.,    Mableton, GA 30126-4646
19239566      +E-mail/Text: jrvoiland@sbcglobal.net May 28 2015 00:23:56      Joseph R. Voiland,
               1625 Wing Road,    Yorkville, IL 60560-9263
19239568      +E-mail/Text: wendy@kendallcountyconcrete.com May 28 2015 00:23:31
               Kendall County Concrete, Inc.,    695 Route 34,    Aurora, IL 60503-9314
19239569       E-mail/Text: bnckohlsnotices@becket-lee.com May 28 2015 00:23:23      Kohl’s,   P.O. Box 2983,
               Milwaukee, WI 53201-2983
19239572      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2015 00:15:45      Lowe’s,   PO Box 981400,
               El Paso, TX 79998-1400
22888862      +E-mail/Text: bankrup@aglresources.com May 28 2015 00:23:17      Nicor Gas,   P.O. Box 549,
               Aurora, IL 60507-0549
19239585       E-mail/Text: bankrup@aglresources.com May 28 2015 00:23:17      Nicor Gas,   P.o. Box 0632,
               Aurora, IL 60507-0632
19239586      +E-mail/Text: bnc@nordstrom.com May 28 2015 00:23:24      Nordstrom’s,   PO Box 6555,
               Englewood, CO 80155-6555
19239588       E-mail/PDF: gecsedi@recoverycorp.com May 28 2015 00:15:39      Old Navy,   P.O. Box 960017,
               Orlando, FL 32896-0017
```

```
District/off: 0752-3          User: vgossett            Page 3 of 4               Date Rcvd: May 27, 2015
                              Form ID: pdf006           Total Noticed: 122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22718630       E-mail/Text: bnc-quantum@quantum3group.com May 28 2015 00:23:39
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
19239604       E-mail/Text: appebnmailbox@sprint.com May 28 2015 00:23:42       Sprint,    P.O. Box 4191,
                Carol Stream, IL 60197-4191
19239600      +E-mail/Text: jrvoiland@sbcglobal.net May 28 2015 00:23:56       Security Builders Supply Co.,
                c/o Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
22928894       E-mail/PDF: gecsedi@recoverycorp.com May 28 2015 00:15:31       Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
19239610       E-mail/PDF: gecsedi@recoverycorp.com May 28 2015 00:15:45       TJX Rewards,    PO Box 530948,
                Atlanta, GA 30353-0948
22826060      +E-mail/Text: bankruptcy@hraccounts.com May 28 2015 00:23:22       VON MAUR,
                C/O H AND R ACCOUNTS INC,    PO BOX 672,    MOLINE IL 61266-0672
22836116       E-mail/Text: DLStange@wisconsinpublicservice.com May 28 2015 00:23:19
                Wisconsin Public Service Corp.,    P.O. Box 19001,    Green Bay, WI 54307-9001
19239619       E-mail/Text: DLStange@wisconsinpublicservice.com May 28 2015 00:23:19
                Wisconsin Public Service,    PO Box 19003,    Green Bay, WI 54307-9003
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19239516*       Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
19239547*       Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
22693543*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
19239592*      +Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
19239590*      +Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
19239591*      +Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
19239595*      +Peoples State Bank,    1905 Stewart Ave.,    Wausau, WI 54401-5375
19239605*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191)
19239507      ##+ADT Security Systems,    14200 E. Exposition Ave.,    Aurora, CO 80012-2540
19239550      ##+GC Services,    PO box 39050,    Phoenix, AZ 85069-9050
19239559      ##+Insulation Systems Service, Inc.,    605 S. Broadway,    Aurora, IL 60505-4611
19239606      ##+Stokes Excavating, Inc.,    PO Box 4403,    Aurora, IL 60507-4403
19239614       ##Villas Solaris SADECV,    PO Box 2179,    Spring, TX 77383-2179
                                                                                 TOTALS: 0, * 8, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2015                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2015 at the address(es) listed below:
          Bradley J Waller    on behalf of Joint Debtor Christine M Hall bwaller@ksbwl.com,
           vmaurer@ksbwl.com
          Bradley J Waller    on behalf of Debtor Leonard R Hall bwaller@ksbwl.com,   vmaurer@ksbwl.com
          Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          Lawrence A. Stein    on behalf of Creditor   RJ Keck Pipe & Supply Co lstein@huckbouma.com,
           lkoster@huckbouma.com
```

```
District/off: 0752-3          User: vgossett              Page 4 of 4               Date Rcvd: May 27, 2015
                              Form ID: pdf006             Total Noticed: 122
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Molly J Miller   on behalf of Creditor   Old Second National Bank mmiller@amonilaw.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
        Richard G Larsen   on behalf of Debtor Leonard R Hall rlarsen@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
        Richard G Larsen   on behalf of Joint Debtor Christine M Hall rlarsen@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
        TOTAL: 10