# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                          §
                                                §
HALL, LEONARD R                                 §        Case No. 12-82859
HALL, CHRISTINE M                               §
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 528,909.00 *(Without deducting any secured claims)* | Assets Exempt: 13,300.00 |
| Total Distributions to Claimants: 9,638.77 | Claims Discharged Without Payment: 1,155,380.66 |
| Total Expenses of Administration: 40,361.23 | |

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 50,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 917,174.90 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 61,638.13 | 61,638.13 | 40,361.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 42,542.19 | 11,776.74 | 11,776.74 | 9,638.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,413,253.74 | 571,650.96 | 571,650.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,372,970.83 | $ 645,065.83 | $ 645,065.83 | $ 50,000.00 |

4)  This case was originally filed under chapter 7 on  07/27/2012 .  The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/13/2015                    By:/s/DANIEL M. DONAHUE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1242-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Castle Bank NA 141 W. Lincoln Highway DeKalb, IL 60115 | | 230,000.00 | NA | NA | 0.00 |
| | Ford Credit PO Box 790093 Saint Louis, MO 63179-0093 | | 25,129.13 | NA | NA | 0.00 |
| | Ford Credit PO Box 790093 Saint Louis, MO 63179-0093 | | 5,775.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Infiniti Financial Services PO Box 9001132 Louisville, KY 40290-1132 | | 6,000.00 | NA | NA | 0.00 |
| | Old Second National Bank 37 S. River Street Aurora, IL 60506 | | 290,000.00 | NA | NA | 0.00 |
| | Old Second National Bank 37 S. River Street Aurora, IL 60506 | | 70,000.00 | NA | NA | 0.00 |
| | Old Second National Bank 37 S. River Street Aurora, IL 60506 | | 100,000.00 | NA | NA | 0.00 |
| | Peoples State Bank 1905 Stewart Ave. Wausau, WI 54401 | | 150,000.00 | NA | NA | 0.00 |
| | Peoples State Bank 1905 Stewart Ave. Wausau, WI 54401 | | 25,391.44 | NA | NA | 0.00 |
| | TD Auto Finance PO Box 90001921 Louisville, KY 40290-1921 | | 8,878.71 | NA | NA | 0.00 |
| | Villas Solaris SADECV PO Box 2179 Spring, TX 77383-2179 | | 6,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 917,174.90** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| BANK OF KANSAS CITY | 2600-000 | NA | 137.38 | 137.38 | 137.38 |
| 2% MULTI-DISTRICT LITIGATION (MDL) | 2990-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| 4% MDL ATTORNEY'S FEES | 2990-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| PIPE FITTERS' WELFARE FUND, LOCAL 5 | 2990-000 | NA | 2,602.76 | 2,602.76 | 2,602.76 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 6,597.00 | 6,597.00 | 6,597.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 997.19 | 997.19 | 997.19 |
| WENDT GOSS, P.C. | 3210-000 | NA | 20,500.00 | 20,500.00 | 0.00 |
| WENDT GOSS, P.C. | 3210-600 | NA | 20,500.00 | 20,500.00 | 20,500.00 |
| WENDT GOSS, P.C. | 3220-000 | NA | 776.90 | 776.90 | 0.00 |
| WENDT GOSS, P.C. | 3220-610 | NA | 776.90 | 776.90 | 776.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 61,638.13 | $ 61,638.13 | $ 40,361.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Illinois Benefit Funds c/o Arnold and Kadjan 203 N. LaSalle St., Ste 1650 Chicago, IL 60601 | | 42,542.19 | NA | NA | 0.00 |
| | Plumbers Local Union 130 c/o Roetzel & Andress 20 N. Clark St, Ste 3200 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| 000006A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 11,776.74 | 11,776.74 | 9,638.77 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 42,542.19 | $ 11,776.74 | $ 11,776.74 | $ 9,638.77 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Systems 14200 E. Exposition Ave. Aurora, CO 80012 | | 123.44 | NA | NA | 0.00 |
| | All American Flag Company 98 Highgate Course Saint Charles, IL 60174-1426 | | 49.68 | NA | NA | 0.00 |
| | Ally PO Box 380902 Bloomington, MN 55438-0902 | | 7,817.21 | NA | NA | 0.00 |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348-5658 | | 3,121.08 | NA | NA | 0.00 |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348-5658 | | 982.42 | NA | NA | 0.00 |
| | Bloomingdale's 9111 Duke Blvd. Mason, OH 45040 | | 1,467.74 | NA | NA | 0.00 |
| | Bornquist, Inc. 7050 N. Lehigh Ave. Chicago, IL 60646 | | 5,872.00 | NA | NA | 0.00 |
| | Buttrey Wulff & Mamminga PO Box 580 Batavia, IL 60510 | | 7,150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C & H Excavating, Inc. 1239 N. 42nd Rd. Earlville, IL 60518 | | 1,908.00 | NA | NA | 0.00 |
| | Carls Oil Company PO Box 1227 Hinckley, IL 60520 | | 2,353.29 | NA | NA | 0.00 |
| | Central Machinery Movers, Inc. PO Box 262 Big Rock, IL 60511 | | 1,996.00 | NA | NA | 0.00 |
| | Charter Communications PO Box 2981 Milwaukee, WI 53201-2981 | | 476.94 | NA | NA | 0.00 |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 4,728.95 | NA | NA | 0.00 |
| | Chem-Wise 2600 Beverly Dr. #106 Aurora, IL 60502 | | 75.00 | NA | NA | 0.00 |
| | Citibank Visa PO Box 6241 Sioux Falls, SD 57117 | | 1,350.00 | NA | NA | 0.00 |
| | Columbia Pipe & Supply Co. 1120 W. Pershing Road Chicago, IL 60609 | | 76,007.25 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | 710.21 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Complete Sanitation 710 E. South St. Plano, IL 60545 | | 217.00 | NA | NA | 0.00 |
| | County Line Hauling, Inc. PO Box 225 Newark, IL 60541 | | 475.00 | NA | NA | 0.00 |
| | Culligan of DeKalb 830 S. 4th St. DeKalb, IL 60115 | | 5,936.00 | NA | NA | 0.00 |
| | Diamond Cut Concrete Cutters, Inc. 327 N. Ferndale Ave. Elmhurst, IL 60126 | | 550.00 | NA | NA | 0.00 |
| | Doors by Russ 11941 Aero Drive Chicago, IL 60620 | | 24,200.00 | NA | NA | 0.00 |
| | Environmental Management and Training Systems, Inc. 919 St. Andrews Circle Geneva, IL 60134 | | 1,000.00 | NA | NA | 0.00 |
| | Equipment Depot 2545 Northwest Parkway Elgin, IL 60124 | | 656.40 | NA | NA | 0.00 |
| | Fastenal Company PO Box 1286 Hinckley, IL 60520-9708 | | 298.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Company PO Box 64400 Colorado Springs, CO 80962-4400 | | 5,775.62 | NA | NA | 0.00 |
| | Ford Motor Credit Company PO Box 689007 Franklin, TN 37068-9007 | | 7,486.63 | NA | NA | 0.00 |
| | Hinckley Concrete Products PO Box 1207 Hinckley, IL 60520 | | 2,469.70 | NA | NA | 0.00 |
| | Hinckley Springs 6750 Discovery Blvd. Mableton, GA 30126 | | 450.00 | NA | NA | 0.00 |
| | Holmgren Electric Inc. 42W619 Still Meadows Lane Elburn, IL 60119 | | 28,159.26 | NA | NA | 0.00 |
| | Indiana Insurance Company PO Box 14576 Cincinnati, OH 45250-6476 | | 24,211.68 | NA | NA | 0.00 |
| | Insulation Systems Service, Inc. 605 S. Broadway Aurora, IL 60505 | | 35,400.00 | NA | NA | 0.00 |
| | Joe Hatzer and Son, Inc. 602 Lundy St. Streator, IL 61364 | | 321.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane Country Treasurer PO Box 4025 Geneva, IL 60134-4025 | | 4,222.20 | NA | NA | 0.00 |
| | Kendall County Concrete, Inc. 695 Route 34 Aurora, IL 60503 | | 2,526.37 | NA | NA | 0.00 |
| | Koziol Engineering 1621 Ogden Ave. Lisle, IL 60532 | | 6,024.00 | NA | NA | 0.00 |
| | Liberty Surety First 9450 Seward Road Fairfield, OH 45014 | | 42,542.19 | NA | NA | 0.00 |
| | M/M Peters Construction, Inc. 178 S. Western Ave. Aurora, IL 60506-4618 | | 39,298.00 | NA | NA | 0.00 |
| | Macy's 9111 Duke Blvd. Mason, OH 45040 | | 4,458.00 | NA | NA | 0.00 |
| | Marlin Leasing PO Box 13604 Philadelphia, PA 19101-3604 | | 1,349.95 | NA | NA | 0.00 |
| | Material Handling Resources, Inc. PO Box 107 Montgomery, IL 60538 | | 3,726.00 | NA | NA | 0.00 |
| | Mediacom LLC PO Box 5741 Carol Stream, IL 60197-5741 | | 254.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercury Insurance Company of IL PO Box 11995 Santa Ana, CA 92711-1995 | | 1,321.00 | NA | NA | 0.00 |
| | Metrolift, Inc. 679 Heartland Dr. Sugar Grove, IL 60554 | | 924.00 | NA | NA | 0.00 |
| | Modernfold Chicago, Inc. 240 S. Westgate Dr. Carol Stream, IL 60188 | | 6,605.15 | NA | NA | 0.00 |
| | Nature Corporation 5905 West 74th St. Indianapolis, IN 46278-1786 | | 7,533.38 | NA | NA | 0.00 |
| | Nordstrom's PO Box 6555 Englewood, CO 80155 | | 462.00 | NA | NA | 0.00 |
| | Perry Mason's Tax & Bookkeeping Svc 9622 Avenue N Chicago, IL 60617 | | 475.00 | NA | NA | 0.00 |
| | RJ Keck Pipe & Supply Co. 2125 Aucutt Road Montgomery, IL 60538 | | 10,770.00 | NA | NA | 0.00 |
| | Rock-It Interiors, Inc. 59 C Stonehill Road Oswego, IL 60543 | | 15,080.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sitar Construction, LLC PO Box 8347 Elburn, IL 60119 | | 3,250.00 | NA | NA | 0.00 |
| | Spartan Tool, LLC 1506 W. Division Mendota, IL 61342 | | 624.98 | NA | NA | 0.00 |
| | Splash of Color 1700 DeKalb Ave. DeKalb, IL 60115 | | 375.22 | NA | NA | 0.00 |
| | Sprint P.O. Box 4191 Carol Stream, IL 60197-4191 | | 924.05 | NA | NA | 0.00 |
| | Sprint PO Box 4191 Carol Stream, IL 60197-4191 | | 2,052.45 | NA | NA | 0.00 |
| | Stokes Excavating, Inc. PO Box 4403 Aurora, IL 60507 | | 4,563.00 | NA | NA | 0.00 |
| | Sunbelt Rentals, Inc. PO Box 409211 Atlanta, GA 30384-9211 | | 709.80 | NA | NA | 0.00 |
| | Village of Big Rock PO Box 128 Big Rock, IL 60511 | | 112.92 | NA | NA | 0.00 |
| | Village of Hinckley 720 James St. Hinckley, IL 60520 | | 1,299.91 | NA | NA | 0.00 |
| | Volt Electric, Inc. 807 Ogden Ave. Unit 1 Downers Grove, IL 60515 | | 4,117.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Weldstar PO Box 1150 Aurora, IL 60507 |  | 136.93 | NA | NA | 0.00 |
|  | Wendt True Value 217 South St. Plano, IL 60545 |  | 55.41 | NA | NA | 0.00 |
|  | Wm F. Meyer Co. 812 Lacas Street Dekalb, IL 60115 |  | 89,460.02 | NA | NA | 0.00 |
| 000021 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 42,255.11 | 40,738.05 | 40,738.05 | 0.00 |
| 000022 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 604.61 | 682.47 | 682.47 | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 7,955.41 | 8,141.58 | 8,141.58 | 0.00 |
| 000001 | AQUA PURE ENTERPRISES, INC. | 7100-000 | 8,966.25 | 8,833.74 | 8,833.74 | 0.00 |
| 000019 | AUTO-OWNERS INSURANCE CO. | 7100-000 | 162,282.00 | 128,994.72 | 128,994.72 | 0.00 |
| 000025 | AUTO-OWNERS INSURANCE CO. | 7100-000 | NA | 128,994.72 | 128,994.72 | 0.00 |
| 000015 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,450.00 | 745.66 | 745.66 | 0.00 |
| 000016 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,428.15 | 1,428.15 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 6,990.32 | 6,990.32 | 0.00 |
| 000034 | CAPITAL ONE, N.A. | 7100-000 | 4,728.95 | 3,243.04 | 3,243.04 | 0.00 |
| 000035 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 827.02 | 827.02 | 0.00 |
| 000036 | CAPITAL RECOVERY V, LLC | 7100-000 | 3,121.08 | 2,855.94 | 2,855.94 | 0.00 |
| 000004 | DISCOVER BANK | 7100-000 | 10,000.00 | 12,425.38 | 12,425.38 | 0.00 |
| 000005 | DISCOVER BANK | 7100-000 | 4,630.56 | 5,127.71 | 5,127.71 | 0.00 |
| 000023 | DRY GOODS | 7100-000 | 282.13 | 282.13 | 282.13 | 0.00 |
| 000006B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 628.66 | 628.66 | 0.00 |
| 000014 | IWS, INC. | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 |
| 000029 | MID AMERICA WATER | 7100-000 | 3,437.91 | 3,437.91 | 3,437.91 | 0.00 |
| 000024 | NICOR GAS | 7100-000 | 88.25 | 251.61 | 251.61 | 0.00 |
| 000026 | OLD SECOND NATIONAL BANK | 7100-000 | 580,778.00 | 118,819.91 | 118,819.91 | 0.00 |
| 000027 | OLD SECOND NATIONAL BANK | 7100-000 | NA | 11,374.50 | 11,374.50 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000028 | OLD SECOND NATIONAL BANK | 7100-000 | NA | 20,902.76 | 20,902.76 | 0.00 |
| 000037 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 669.27 | 606.97 | 606.97 | 0.00 |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 370.21 | 370.21 | 0.00 |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 827.00 | 1,210.45 | 1,210.45 | 0.00 |
| 000009 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 2,545.00 | 2,629.53 | 2,629.53 | 0.00 |
| 000010 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,111.24 | 1,111.24 | 1,111.24 | 0.00 |
| 000011 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,782.00 | 2,340.87 | 2,340.87 | 0.00 |
| 000012 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 450.00 | 900.57 | 900.57 | 0.00 |
| 000002 | SECURITY BUILDERS SUPPLY CO. | 7100-000 | 34,300.00 | 33,800.00 | 33,800.00 | 0.00 |
| 000013 | STERLING JEWELERS INC D/B/A JARED J | 7100-000 | 388.20 | 431.45 | 431.45 | 0.00 |
| 000030 | SYNCHRONY BANK | 7100-000 | 2,077.00 | 2,397.90 | 2,397.90 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000031 | SYNCHRONY BANK | 7100-000 | 1,790.67 | 2,047.82 | 2,047.82 | 0.00 |
| 000032 | SYNCHRONY BANK | 7100-000 | 1,714.00 | 1,990.76 | 1,990.76 | 0.00 |
| 000033 | SYNCHRONY BANK | 7100-000 | 407.03 | 665.95 | 665.95 | 0.00 |
| 000018 | VON MAUR | 7100-000 | 216.68 | 216.68 | 216.68 | 0.00 |
| 000020 | WISCONSIN PUBLIC SERVICE CORP. | 7100-000 | 196.77 | 204.58 | 204.58 | 0.00 |
| 000038 | DEKALB COUNTY COLLECTOR | 7200-000 | 9,149.08 | 5,000.00 | 5,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,413,253.74 | $ 571,650.96 | $ 571,650.96 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 12-82859    TML    Judge: THOMAS M. LYNCH |
| Case Name: | HALL, LEONARD R |
| | HALL, CHRISTINE M |
| For Period Ending: | 07/13/15 |

| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 07/27/12 (f) |
| 341(a) Meeting Date: | 08/30/12 |
| Claims Bar Date: | 02/26/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Location: 571 Miller St., Hinckley IL 60520 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. 311-321 Rickart, Hinckley, IL | 210,000.00 | 0.00 | | 0.00 | FA |
| 3. Vacant land, Big Rock | 55,000.00 | 0.00 | | 0.00 | FA |
| 4. N18876 Deerlake Rd., Tomahawk, WI | 110,000.00 | 0.00 | | 0.00 | FA |
| 5. Timeshare, Mexico | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Checking account Resource Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7. Savings account Resource Bank | 40.00 | 0.00 | | 0.00 | FA |
| 8. Savings account Castle Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9. 1st State Bank of Mendota | 100.00 | 0.00 | | 0.00 | FA |
| 10. Discover | 50.00 | 0.00 | | 0.00 | FA |
| 11. Discover | 20.00 | 0.00 | | 0.00 | FA |
| 12. Household goods and furnishings - used | 500.00 | 0.00 | | 0.00 | FA |
| 13. Wearing apparel - used | 500.00 | 0.00 | | 0.00 | FA |
| 14. L & C  Hall Enterprises, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Infiniti QX 110,000 miles | 10,000.00 | 0.00 | | 0.00 | FA |
| 16. 2003 Jeep Liberty 20,000 miles | 9,799.00 | 0.00 | | 0.00 | FA |
| 17. Yamah Zuma motorcycle | 900.00 | 0.00 | | 0.00 | FA |
| 18. Lawsuit (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $542,209.00 | $50,000.00 | | $50,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 12-82859   TML   Judge: THOMAS M. LYNCH |
| Case Name: | HALL, LEONARD R |
| | HALL, CHRISTINE M |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 07/27/12 (f) |
| 341(a) Meeting Date: | 08/30/12 |
| Claims Bar Date: | 02/26/15 |

Trustee has submitted the final report for review.

Initial Projected Date of Final Report (TFR): 12/01/13       Current Projected Date of Final Report (TFR): 04/01/15

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 18.05

FORM 2
Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-82859 -TML |
| Case Name: | HALL, LEONARD R |
| | HALL, CHRISTINE M |
| Taxpayer ID No: | *******8169 |
| For Period Ending: | 07/13/15 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0233  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/14 | 18 | WENDT GOSS, PC. TRUST ACCOUNT | SETTLEMENT PROCEEDS: PI CLAIM | | 47,000.00 | | 47,000.00 |
| | | | Memo Amount:          50,000.00 | 1242-000 | | | |
| | | | SETTLEMENT PROCEEDS: PI CLAIM | | | | |
| | | | Memo Amount:       (    1,000.00 ) | 2990-000 | | | |
| | | | 2% MULTI-DISTRICT LITIGATION (MDL) | | | | |
| | | | Memo Amount:       (    2,000.00 ) | 2990-000 | | | |
| | | | 4% MDL ATTORNEY'S FEES | | | | |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 46,990.00 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 69.50 | 46,920.50 |
| 02/04/15 | 002001 | Wendt Goss, P.C. | Special Counsel Fees | 3210-600 | | 20,500.00 | 26,420.50 |
| | | City Cener Square, 26th Floor | | | | | |
| | | 1100 Main St.,Ste. 2610 | | | | | |
| | | Kansas City, MO  64105 | | | | | |
| 02/04/15 | 002002 | Wendt Goss, P.C. | SPECIAL COUNSEL EXPENSES | 3220-610 | | 776.90 | 25,643.60 |
| | | City Center Square, 26th Floor | | | | | |
| | | 1100 Main St., Ste. 2610 | | | | | |
| | | Kansas City, MO  64105 | | | | | |
| 02/04/15 | 002003 | Pipe Fitters' Welfare Fund, Local 597 | Payment of health insurance lien | 2990-000 | | 2,602.76 | 23,040.84 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 57.88 | 22,982.96 |
| 06/17/15 | 002004 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 5,750.00 | 17,232.96 |
| 06/17/15 | 002005 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,597.00 | 10,635.96 |
| 06/17/15 | 002006 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 997.19 | 9,638.77 |
| 06/17/15 | 002007 | Internal Revenue Service | Claim 000006A, Payment 81.8% | 5800-000 | | 9,638.77 | 0.00 |
| | | P.O. Box 7346 | | | | | |
| | | Philadelphia, PA 19101 | | | | | |

|  | | |
|---|---|---|
| Page Subtotals | 47,000.00 | 47,000.00 |

Ver: 18.05

FORM 2                                                                                                  Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                      Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-82859  -TML | |
| Case Name: | HALL, LEONARD R | |
| | HALL, CHRISTINE M | |
| Taxpayer ID No: | *******8169 | |
| For Period Ending: | 07/13/15 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0233  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 50,000.00 | COLUMN TOTALS | 47,000.00 | 47,000.00 | 0.00 |
| | Memo Allocation Disbursements: | 3,000.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 47,000.00 | 47,000.00 | |
| | Memo Allocation Net: | 47,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 47,000.00 | 47,000.00 | |
| | Total Allocation Receipts: | 50,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 3,000.00 | Checking Account (Non-Interest Earn - *******0233 | 47,000.00 | 47,000.00 | 0.00 |
| | Total Memo Allocation Net: | 47,000.00 | | 47,000.00 | 47,000.00 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                 0.00                  0.00

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*